No. 86–6200.   STRANGE v. BROWN, WARDEN, ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 86–6206.   MAHDAVI v. SHIRANI.   Ct. App. Cal., 1st App. Dist.   Certiorari denied.

No. 86–6210.   OLIVER v. DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.   C. A. 11th Cir.   Certiorari denied.

No. 86–6215.   CAZARES v. ROCKWELL INTERNATIONAL CORP. C. A. 9th Cir.   Certiorari denied.

No. 86–6219.   KOENIG v. SOLEM, WARDEN, ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 86–6225.   SHIPLEY v. UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 86–6226.   SIGLER v. UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 86–6230.   DREW v. MERIT SYSTEMS PROTECTION BOARD. C. A. Fed. Cir.   Certiorari denied.

No. 86–6236.   STANTON v. YOUNG, SUPERINTENDENT, WAUPUN CORRECTIONAL INSTITUTION.   C. A. 7th Cir.   Certiorari denied.

No. 86–6237.   SAAR v. UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 86–6238.   ZULU, AKA ROBINSON v. BLACKBURN, WARDEN. C. A. 5th Cir.   Certiorari denied.

No. 86–6246.   HANNER v. MISSISSIPPI ET AL.   C. A. 5th Cir. Certiorari denied.

No. 86–6249.   HALL v. LANE, DIRECTOR, ILLINOIS DEPARTMENT OF CORRECTIONS, ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 86–6252.   GUNDERSON v. WISCONSIN.   Ct. App. Wis. Certiorari denied.